**CUN FENG YIANG, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 06–75780.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 11, 2010.

Jisheng Li, Law Office of Jisheng Li, Honolulu, HI, for Petitioner.

Ronald E. Lefevre, Office of The District Counsel Department of Homeland Security, San Francisco, CA, OIL, Kathleen

Kelly Volkert, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Cun Feng Yiang, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Gu v. Gonzales*, 454 F.3d 1014, 1018 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the BIA's conclusion that the single arrest and fine Yiang suffered did not amount to past persecution. *See id.* at 1019–21, *see also Prasad v. INS*, 47 F.3d 336, 339–40 (9th Cir.1995). Substantial evidence also supports the BIA's finding that Yiang failed to demonstrate a well-founded fear of persecution because his fear of future persecution is not objectively reasonable. *See Gu*, 454 F.3d at 1021–22.

Because Yiang failed to establish eligibility for asylum he necessarily failed to establish eligibility for withholding of removal. *See Zehatye v. Gonzales*, 453 F.3d 1182, 1190 (9th Cir.2006).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.